UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME LAWS,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:24-cv-00309-KES-CDB (SS)<br>ORDER ON MOTION FOR STATUS CONFERENCE<br>(Doc. 30) |

Plaintiff Anthony Jerome Laws ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (Doc. 1).

On August 28, 2026, Plaintiff filed a motion in which he states that it has been over two years since he filed his optional reply brief (Doc. 24) and the Court has not yet ruled on the pending motion for summary judgment. *See* (Doc. 30). Plaintiff requests the Court rule on his pending motions. *Id*.

As the Court explained in its earlier order on Plaintiff's previous request for a status update (Doc. 28), the undersigned regrets the delays that are inevitable in the Eastern District of

California given its judicial resource emergency that has persisted for more than a decade.[1] Most recently, the District has shouldered one of the largest volumes of immigration habeas corpus petitions in the nation, with more than 5,000 new petitions filed already in 2026, representing a 400% increase compared to all of 2025, and an over 13,000% increase from all of 2024.

Plaintiff is advised that the undersigned is optimistic that Plaintiff's pending motions will be addressed in the near future given the Court's tremendous workload.

Accordingly, for the above-stated reasons, Plaintiff's motion for status conference (Doc. 30), construed as a motion for status, is GRANTED.

IT IS SO ORDERED.

Dated: **August 31, 2026**

UNITED STATES MAGISTRATE JUDGE

---

[1] Eastern District of California Judicial Emergency, *accessible at* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/ (last visited August 31, 2026).