UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JEROME LAWS,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:24-cv-00309-KES-CDB (SS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING DECISION OF COMMISSIONER OF SOCIAL SECURITY<br><br>(Doc. 32) |

Plaintiff Anthony Jerome Laws seeks judicial review of a final decision of the Commissioner of Social Security denying his application for disability benefits under the Social Security Act. Doc. 1. The matter was referred to a U.S. magistrate judge. *See* Local Rule 302(c)(15). On September 15, 2026, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's motion for summary judgment (Doc. 32), finding as to Plaintiff's challenges that the ALJ properly evaluated both Plaintiff's symptomology testimony (*id.* at 9-14) and the medical opinions of record in accordance with the prevailing rules and regulations (*id.* at 14-17).

The court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 32 at 17-18. The court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on

appeal." *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Neither party filed objections.

Pursuant to 28 U.S.C. § 636(b)(1), the court reviewed this matter de novo. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations dated September 15, 2026 (Doc. 32) are ADOPTED in full.
2. Plaintiff's motion for summary judgment (Doc. 17) is DENIED.
3. The Clerk of Court is directed to terminate all pending matters and enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Anthony Jerome Laws.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE